IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**FRANK SCOTT, # 21886-112**                                                                **PETITIONER**

**VERSUS**                                                      **CIVIL ACTION NO. 5:07-cv-45-DCB-MTP**

**CONSTANCE REESE**, **WARDEN**                                                      **RESPONDENT**

### ORDER DENYING PETITIONER'S MOTION TO RECONSIDER

The Petitioner, an inmate of the Bureau of Prisons currently incarcerated at the Federal Correctional Complex in Yazoo City, Mississippi, filed this action for habeas corpus relief pursuant to 28 U.S.C. § 2241.  Before the Court is Petitioner's motion to reconsider [12] the Court's denial of his motion for certification of class action status and appointment of class counsel.  As stated in the Court's previous order, this Court has wide discretion in deciding whether or not to certify a proposed class.  *Jenkins v. Raymark Indus., Inc.*, 782 F.2d 468, 471-72 (5th Cir. 1986).  Having considered the issues raised in the motion, the Court finds that the motion is not well-taken and should be denied.  Accordingly, it is hereby,

ORDERED that the Petitioner's motion for reconsideration [12] is DENIED.

THIS, the  10th  day of May, 2007.


                                                          s/ David Bramlette
                                            UNITED STATES DISTRICT JUDGE